# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

FRANCIS L. O'REILLY  
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C  
FAIRFIELD, CT 06824  
TEL: (203) 913-4608  
FAX: (203) 319-0128

October 16, 2024

<u>*VIA E-mail*</u>

Hon. Judith C. McCarthy  
United States Magistrate Judge  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

**APPLICATION GRANTED**

*[signature]*  
Hon. Judith C. McCarthy  
10-17-2024

Re: *United States v. Lenard Gillis, et al.*, 24-mj-1842

Dear Judge McCarthy:

    Please be informed that I represent the above-referenced defendant. I write, with no objection from Assistant United States Attorney Margaret Vasu and U.S.P.O. Viosanny Harrison of Pretrial Services, to request that the Court modify Mr. Gillis's conditions of release to permit him to travel to Smyrna, GA, to visit his son, Josohn Wallace. Mr. Gillis will travel to Georgia by Frontier Air on October 24, 2024, and return to his home in Brooklyn, NY, on October 28, 2024. While in Georgia Mr. Gillis will reside with his Aunt, Mimose Alfred, at her resident located at 3360 Landrum Drive, Smyrna, GA 30082. During this trip he will spend time visiting with his son, and his son's mother, Jazmaine Wallace. Finally, Mr. Gillis has been released on conditions since his arrest on May 9, 2024, and he has been in full compliance with his conditions of release since that date. I have contacted Assistant United States Attorney Margaret Vasu, and I have spoken with Pretrial Services Officer Viosanny Harrison, and neither have any objection to the instant application.

    Thank you for your consideration in this request, I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

*/s Francis L. O'Reilly*  
Francis Lee O'Reilly

cc: All Parties (via ECF)