# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

**FRANCIS L. O'REILLY**  
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C  
FAIRFIELD, CT 06824  
TEL: (203) 913-4608  
FAX: (203) 319-0128

July 22, 2025

<u>*VIA E-mail*</u>

Hon. Andrew E. Krause  
United States Magistrate Judge  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

Re: *United States v. Lenard Gillis, et al.*, 24-mj-1842

Dear Judge Krause:

I represent the above-referenced defendant. I write, with no objection from Assistant United States Attorney Margaret Vasu or Pre-Trial Services Officer Viosanny Harrison, to respectfully request that the Court modify Mr. Gillis' conditions of release to permit him to travel to Atlanta, Georgia to pick up his son and return to New York with his son, in order for Mr. Gillis to spend time with his son. Specifically, Mr. Gillis wishes to travel to Georgia by Delta Airlines on July 24, 2025, and return on a flight that same day back to New York.

Finally, I note that Mr. Gillis has been on pre-trial release since his arrest on May 9, 2024, and has been fully compliant with his conditions of release since that date. As noted, neither the Government nor Pre-Trial Services has any objection to this request.

Thank you for your consideration in this request. I am, of course, available to provide more information at the Court's convenience.

APPLICATION GRANTED.

Dated: July 22, 2025

Respectfully submitted,

*/s Francis L. O'Reilly*  
Francis Lee O'Reilly

SO ORDERED.

*[signature: Andrew Krause]*

_____  
ANDREW E. KRAUSE  
United States Magistrate Judge