# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

FRANCIS L. O'REILLY  
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C  
FAIRFIELD, CT 06824  
TEL: (203) 913-4608  
FAX: (203) 319-0128

July 24, 2025

<u>*VIA E-mail*</u>

Hon. Andrew E. Krause  
United States Magistrate Judge  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

Re: *United States v. Lenard Gillis, et al.*, 24-mj-1842

Dear Judge Krause:

    I represent the above-referenced defendant. I write, with no objection from Assistant United States Attorney Margaret Vasu or Pre-Trial Services Officer Viosanny Harrison, to respectfully request a one-time modification to Mr. Gillis' conditions of release.

    On July 22, 2025, the Court granted permission for Mr. Gillis to travel to and from New York to Atlanta, Georgia to pick up his son. I write again to ask permission for Mr. Gillis to make the same trip on July 29, to return his son to Atlanta, Georgia.

    As noted, neither the government nor pre-trial has any objection to this request.

    Thank you for your consideration in this request. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

*/s Francis L. O'Reilly*  
Francis Lee O'Reilly

---

APPLICATION GRANTED.

Dated: July 24, 2025

SO ORDERED.

*[signature: Andrew Krause]*

ANDREW E. KRAUSE  
United States Magistrate Judge